FILED
CLERK, U.S. DISTRICT COURT
AUG 13 2013
CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| KANG-SHEN CHEN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NANCY PELOSI, et al.,<br><br>　　　　Defendants. | Case No. SACV 12-2182 R (AJW)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE |

　　Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the Report and Recommendation of Magistrate Judge ("Report") and the objections to the Report. Good cause appearing, the Court accepts the factual findings and recommendations contained in the Report after having made a de novo determination of the portions to which objections were directed.

　　IT IS SO ORDERED.

DATED: __August 13__, 2013

_____
MANUEL L. REAL
United States District Judge