FILED
CLERK, U.S. DISTRICT COURT

AUG 1 3 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

KANG-SHEN CHEN,                          )
                                         )
                Plaintiff,               )      No. SACV 12-2182 R (AJW)
                                         )
        v.                               )      [Proposed]
                                         )      J U D G M E N T
NANCY PELOSI, et al.,                    )
                                         )
                Defendants.              )
_____)

    **IT IS ADJUDGED** that this action is dismissed ~~without~~ with prejudice.

DATED:  August 13 , 2013

                                         _____
                                         MANUEL L. REAL
                                         United States District Judge